# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| HEIDI HARRY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-00153 |
| | ) | |
| v. | ) | Judge Mattice/Carter |
| | ) | |
| UNUM GROUP CORPORATION, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

By agreement of the parties that all claims of Plaintiff against Defendant have been resolved, it is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, that all claims of Plaintiff against Defendant herein be, and the same hereby are, dismissed with prejudice. Each party shall bear its own costs, attorney fees, and expenses of litigation. Court costs are to be taxed against Plaintiff.

**AGREED:**

MILLER & MARTIN PLLC

By:    <u>s/Stacie L. Caraway</u>
       Stacie L. Caraway
       TN State Bar No. 017287
       Suite 1000, Volunteer Building
       832 Georgia Avenue
       Chattanooga, TN 37402-2289
       Telephone: (423) 756-6600
       Facsimile: (423) 785-8480

Attorneys for Defendant UNUM Group, Inc.

-- and --

PATY, RYMER & ULIN, P.C.


By:     s/Randall D. Laramore
        Randall D. Laramore
        TN State Bar No. 018760
        19 Patten Parkway
        Chattanooga, TN 37402
        Telephone: (423) 756-6770
        Facsimile: (423) 756-8446

        Attorneys for Plaintiff Heidi Harry


## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2012, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Randall D. Laramore, Esq.
> PATY, RYMER & ULIN, P.C.
> 19 Patten Parkway
> Chattanooga, TN 37402


                        By:     s/Stacie L. Caraway
                                Stacie L. Caraway